1  GIBSON, DUNN & CRUTCHER LLP
   JOEL S. SANDERS, SBN 107234
2  GEORGE A. NICOUD III, SBN 106111
   RACHEL S. BRASS, SBN 219301
3  REBECCA JUSTICE LAZARUS, SBN 227330
   One Montgomery Street, Suite 3100
4  San Francisco, California 94104
   Telephone: (415) 393-8200
5  Facsimile: (415) 986-5309
   Email: JSanders@gibsondunn.com
6         TNicoud@gibsondunn.com
          RBrass@gibsondunn.com
7         RJustice@gibsondunn.com

8  Attorneys for Defendants
   MATSON NAVIGATION COMPANY, INC.
9  AND ALEXANDER & BALDWIN, INC.

10

11                    UNITED STATES DISTRICT COURT

12        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13

14  LAURA CUTLER, Individually and on Behalf  )  Case No. CV 08-3629 JL
    of All Others Similarly Situated,         )
15                                            )  **STIPULATION RE EXTENSION OF**
                 Plaintiff,                   )  **RESPONSIVE PLEADING DEADLINE**
16                                            )
         v.                                   )
17                                            )
    HORIZON LINES, INC.; HORIZON LINES,       )
18  LLC; MATSON NAVIGATION COMPANY,           )
    INC.; and ALEXANDER & BALDWIN, INC.,      )
19                                            )
                 Defendants.                  )
20                                            )
                                              )
21  _____)

22

23

24

25

26

27

28

1    WHEREAS the undersigned plaintiff has filed the above-captioned case;

2    WHEREAS plaintiff alleges antitrust violations on behalf of purchasers of domestic containerized ocean shipping services for service between the continental United States and Hawaii ("Hawaiian Ocean Shipping");

WHEREAS seventeen complaints have been filed to date in multiple federal district courts by plaintiffs purporting to bring class actions on behalf of purchasers of Hawaiian Ocean Shipping (collectively "the Hawaiian Ocean Shipping Cases");

WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation (the "Panel") to transfer the Hawaiian Ocean Shipping Cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. section 1407;

WHEREAS, a hearing on the motion for transfer was held on July 31, 2008 before the Panel, and the cases will likely be transferred by the end of August 2008;

WHEREAS plaintiff anticipates the possibility of a Consolidated Complaint in the Hawaiian Ocean Shipping Cases;

WHEREAS plaintiff and Matson Navigation Company, Inc., Alexander & Baldwin, Inc., Horizon Lines, LLC, and Horizon Lines, Inc., ("Defendants") have agreed that an orderly schedule for any response to the pleadings in the Hawaiian Ocean Shipping Cases would be more efficient for the parties and for the Court;

PURSUANT TO CIVIL LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.    The deadline for Defendants to answer, move, or otherwise respond to plaintiff's Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a Consolidated Complaint in the Hawaiian Ocean Shipping Cases; or (2) forty-five days after plaintiff provides written notice to Defendants that plaintiff does not intend to file a Consolidated Complaint, provided however, that in the event that Defendants should agree to an earlier response date in any Hawaiian Ocean Shipping Case, Defendants will respond to the Complaint in the above-captioned case on that earlier date.

2. This Stipulation does not constitute a waiver by Defendants of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, or service of process.

IT IS SO STIPULATED.

Dated: August 4, 2008                                    GIBSON, DUNN & CRUTCHER LLP

                                                         /s/ Joel Sanders
                                                         Joel Sanders
                                                         Rachel S. Brass
                                                         GIBSON, DUNN & CRUTCHER LLP
                                                         One Montgomery Street, Suite 3100
                                                         San Francisco, CA 94104
                                                         Telephone:   (415) 393-8200
                                                         Facsimile:   (415) 986-5309

                                                         *Counsel for Defendants*
                                                         *Matson Navigation Company, Inc. and*
                                                         *Alexander & Baldwin, Inc.*

Dated: August 4, 2008                                    McGUIREWOODS LLP

                                                         /s/ Darrel C. Menthe
                                                         Darrel C. Menthe
                                                         McGUIREWOODS LLP
                                                         1800 Century Park East, 8th Floor
                                                         Los Angeles, CA 90067
                                                         Telephone:   (310) 315-8219
                                                         Facsimile:   (310) 315-8210


                                                         Richard J. Rappaport
                                                         Amy B. Manning
                                                         Tammy L. Adkins
                                                         McGUIREWOODS LLP
                                                         77 West Wacker Drive
                                                         Suite 4100
                                                         Chicago, Illinois 60601
                                                         Telephone:   (312) 849.8100
                                                         Facsimile:   (312) 849.3690

                                                         *Counsel for Defendants*
                                                         *Horizon Lines, Inc. and Horizon Lines, LLC*

STIPULATION RE EXTENSION OF RESPONSIVE PLEADING DEADLINE; Case No. CV 08-3629 JL

Dated: August 4, 2008

ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP

*Patrick B. Clayton / by* [signature]
Francis O. Scarpulla
Craig C. Corbitt
Patrick B. Clayton
Zelle Hofmann Voelbel Mason & Gette, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

W. Timothy Needham
Janssen, Malloy, Needham, Morrison,
Reinholtsen, Crowley & Griego, LLP
730 Fifth Street
P.O. Drawer 1288
Eureka, CA 95502
Telephone: (707) 445-2071
Facsimile: (707) 445-8305

Michael P. Lehmann
Christopher L. Lebsock
Jon T. King
Arthun N. Bailey
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
One Embarcadero Center, Suite 2440
San Francisco, CA 94111
Telephone: (415) 229-2080
Facsimile: (415) 986-3643

*Counsel for Plaintiff Laura Cutler*

STIPULATION RE EXTENSION OF RESPONSIVE PLEADING DEADLINE; Case No. CV 08-3629 JL