1  GIBSON, DUNN & CRUTCHER LLP
   JOEL S. SANDERS, SBN 107234
2  GEORGE A. NICOUD III, SBN 106111
   RACHEL S. BRASS, SBN 219301
3  REBECCA JUSTICE LAZARUS, SBN 227330
   RICHARD J. MCPALMER, SBN 244962
4  One Montgomery Street, Suite 3100
   San Francisco, California 94104
5  Telephone: (415) 393-8200
   Facsimile: (415) 986-5309
6  Email: JSanders@gibsondunn.com
          TNicoud@gibsondunn.com
7         RBrass@gibsondunn.com
          RJustice@gibsondunn.com
8         RMcpalmer@gibsondunn.com

9  Attorneys for Defendants
   MATSON NAVIGATION COMPANY, INC.
10 AND ALEXANDER & BALDWIN, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA: SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT H. STEINBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC., et al.<br><br>Defendants | Case No. 08-cv-02402 VRW<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| LAURA CUTLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC., et al.<br><br>Defendants. | Case No. 08-cv-03629 JL |

1  TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT, pursuant to Civ. L.R. 3-12, Defendants Matson

3  Navigation Company, Inc. and Alexander & Baldwin, Inc., hereby give notice that the following

4  two cases are related within the meaning of Civ. L.R. 3-12:

5   ● *Robert H. Steinberg, et al. v. Matson Navigation Company, Inc., Alexander &*

6  *Baldwin, Inc., Horizon Lines, Inc., and Horizon Lines LLC*, 08-cv-02402-VRW ("*Steinberg*"); and

7   ● *Laura Cutler, et al.. v. Matson Navigation Company, Inc., Alexander & Baldwin,*

8  *Inc., Horizon Lines, LLC, and Horizon Lines, Inc.*, 08-cv-03629-JL ("*Cutler*").

9  *Steinberg* is a civil action currently pending in the Northern District of California before

10  the Honorable Vaughn R. Walker. *Cutler* is a civil action currently pending in the Northern

11  District of California before the Honorable James Larson. *Steinberg* was filed prior to *Cutler* and,

12  as such, is assigned the lower case number.

13  This Administrative Motion is made pursuant to Local Rule 3-12(a), which provides that

14  actions are related when:

15   (1) The actions concern substantially the same parties, property, transaction or event;

16  and

17   (2) It appears likely that there will be an unduly burdensome duplication of labor and

18  expense or conflicting results if the cases are conducted before different judges.

19  *Steinberg* and *Cutler* are related within the meaning of Civ. L.R. 3-12. Both cases involve

20  allegations of violations of antitrust statutes in connection with ocean shipping services.

21  Specifically, both actions allege that the Matson and Horizon defendants agreed, combined, or

22  conspired with each other to fix, raise, maintain and/or stabilize prices of noncontiguous domestic

23  ocean shipping and/or to allocate markets and/or customers for those services in the United States.

24  Plaintiffs in both actions name the same defendants. At least three other, similar matters have

25  been assigned or reassigned to Judge Walker.[1]

---

[1] Those matters are: *Acutron, Inc. v. Matson Navigation Company, Inc., et al.*, 08-cv-02600-VRW; *50th State Distributors, Inc. v. Matson Navigation Company, Inc., et al.*, 08-cv-02603-VRW; and *Winkler Woods, LLC v. Matson Navigation Co., Inc., et al.*, 08-cv-03169-VRW.

1   The factual and legal matters presented in *Steinberg* and *Cutler* will be largely identical. Whereas assignment to separate judges will create an unduly burdensome duplication of labor, generate unneeded expense, and may lead to conflicting results, assignment to a single judge will conserve judicial resources and lead to more efficient determination of all the actions.[2]

   Defendants Matson Navigation Company, Inc. and Alexander & Baldwin, Inc. respectfully request that the *Cutler* action be related to the *Steinberg* action.[3]

Dated:  August 5, 2008                    GIBSON, DUNN & CRUTCHER LLP

                                          _____/s/_____
                                          RACHEL S. BRASS
                                          GIBSON, DUNN & CRUTCHER LLP
                                          One Montgomery Street, Suite 3100
                                          San Francisco, CA 94104
                                          Telephone:    (415) 393-8200
                                          Facsimile:    (415) 986-5309

                                          *Counsel for Defendants*
                                          *Matson Navigation Company, Inc. and*
                                          *Alexander & Baldwin, Inc.*

100495742_1.DOC

---

[2] There are currently two MDL proceedings involving at least twenty complaints alleging antitrust violations by the Matson and Horizon defendants in the noncontiguous domestic ocean shipping industry. *In Re: Hawaiian Cabotage Antitrust Litigation*, MDL No. 1970; *In Re: Pacific Ocean Cabotage Antitrust Litigation*, MDL No. 1972. The *Steinberg* plaintiffs have been identified as interested parties to both proceedings, while *Cutler* has been identified as a potential tag-along action.

[3] By filing this Notice of a Related Case, Defendants Matson Navigation Company, Inc. and Alexander & Baldwin, Inc. do not consent to proceed before a United States Magistrate Judge.